IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CLIFFORD T. WHITED,            )
                               )
        Plaintiff,             )
                               )    **O-R-D-E-R**
    v.                         )
                               )    1:09CV868
MICHAEL J. ASTRUE,             )
Commissioner of Social Security, )
                               )
        Defendant.             )

On August 4, 2010, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action, and a copy was given to the court.

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation.

The court has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Plaintiff's motion for summary judgment seeking a reversal of the Commissioner's decision [Docket No. 7] is **DENIED**, that the Defendant's motion for judgment on the pleadings [Docket No. 9] is **GRANTED**, that the Commissioner's decision finding no disability is **AFFIRMED**, and that this action is dismissed with prejudice. A Judgment

dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE